No. 71–1067.  RILEY ET AL. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C.  Certiorari denied.

No. 71–1071.  SAIKEN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 71–1074.  BIXLER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 71–1075.  FERSHTMAN ET AL. *v.* SCHECTMAN ET AL. C. A. 2d Cir.  Certiorari denied.

No. 71–1076.  EMERY AIR FREIGHT CORP. *v.* LOCAL UNION 295, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 71–1081.  KEARNEY & TRECKER CORP. *v.* GIDDINGS & LEWIS, INC.  C. A. 7th Cir.  Certiorari denied.

No. 71–1089.  CALIFORNIA SHIPPING CO., INC., ET AL. *v.* PACIFIC FAR EAST LINE, INC., ET AL.  C. A. 9th Cir. Certiorari denied.

No. 71–1096.  MILES *v.* CITY-PARISH GOVERNMENT OF EAST BATON ROUGE PARISH ET AL.  Sup. Ct. La.  Certiorari denied.

No. 71–1108.  NEWSOME ET AL. *v.* MASON & HANGER-SILAS MASON CO., INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 71–5364.  ARMSTEAD ET AL. *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.